NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**INSTITUT PASTEUR & UNIVERSITE PIERRE ET MARIE CURIE,**
*Appellant,*

v.

**DAVID J. KAPPOS, DIRECTOR, UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Appellee,*                          .

AND

**PRECISION BIOSCIENCES, INC.,**
*Appellee.*

---

2012-1484
(Reexamination No. 95/000,427)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

-----------------------------------------------------------------------

---

**INSTITUT PASTEUR & UNIVERSITE PIERRE ET MARIE CURIE,**

*Appellant,*

v.

**DAVID J. KAPPOS, DIRECTOR,
UNITED STATES PATENT AND TRADEMARK
OFFICE,**
*Appellee,*

AND

**PRECISION BIOSCIENCES, INC.,**
*Appellee.*

---

2012-1485
(Reexamination No. 95/000,443)

---

Appeal from the United States Patent and Trademark
Office, Board of Patent Appeals and Interferences.

-------------------------------------------------------------------

---

**INSTITUT PASTEUR & UNIVERSITE PIERRE ET
MARIE CURIE,**
*Appellant,*

v.

**DAVID J. KAPPOS, DIRECTOR,
UNITED STATES PATENT AND TRADEMARK
OFFICE,**
*Appellee,*

AND

**PRECISION BIOSCIENCES, INC.,**

*Appellee.*

---

## 2012-1486
### (Reexamination No. 95/000,490)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

--------------------------------------------------------------------

---

## INSTITUT PASTEUR & UNIVERSITE PIERRE ET MARIE CURIE,
*Appellant,*

v.

## DAVID J. KAPPOS, DIRECTOR, UNITED STATES PATENT AND TRADEMARK OFFICE,
*Appellee,*

AND

## PRECISION BIOSCIENCES, INC.,
*Appellee.*

---

## 2012-1487
### (Reexamination No. 95/000,491)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

## ON MOTION

---

## ORDER

Institut Pasteur & Universite Pierre Et Marie Curie moves to consolidate appeal nos. 2012-1484, 2012-1485, 2012-1486, and 2012-1487 for briefing and argument.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted in part to allow consolidated briefing. The parties should file consolidated briefs, with the covers of their briefs including all four captions. The cases will be treated as companion cases for purposes of oral argument, so that they will be heard by the same merits panel on the same oral argument calendar.

FOR THE COURT

AUG 0 8 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Thomas H. Jenkins, Esq.
Raymond T. Chen, Esq.
Michael James Twomey, Esq.

s26

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 0 8 2012

JAN HORBALY
CLERK